# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:  **JOHN ERIC CHILDERS**              **CASE NO. 17-50603**
       **JENNIFER NICOLE CHILDERS**         **CHAPTER 13**
                                       **JUDGE HOFFMAN**

## NOTICE OF FILING AMENDED SCHEDULE F, AMENDED SCHEDULE I AND AMENDED SCHEDULE J

Take note that Debtor, by and through undersigned counsel hereby gives notice of filing of their Amended Schedule F, which is being amended to add the debts owed to Credit One Bank, Holzer Clinic, and Credit Solutions of Kentucky, LLC, and Amended Schedule I and Amended Schedule J attached hereto.

Respectfully submitted:

/S/ Gary A. Fleshman
Gary A. Fleshman
Supreme Court Reg. # 0062771
79 West Second St.
Chillicothe, Ohio 45601
(740) 773-9982
Attorney for Debtors

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of the foregoing **Amended Schedule F, Amended Schedule I and Amended Schedule J** was served on this ___5th___ day of ___February_____, 2018 on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

United States Trustee
170 North High Street
Suite 200
Columbus, Ohio 43215

Faye D. English
Chapter 13 Trustee
10 W. Broad St., Suite 900
Columbus, OH  43215

and on the following by first class U.S. Mail:

ACS Wells Fargo
Wells Fargo Education Financial
501 Bleecker St
Utica, NY  13501-2401

Adena Health System
110 Vaughn Ln
Chillicothe, OH  45601-8621

Adena Health System
c/o Trevor J. Innocenti
117 W. Main Street, Ste. 206
Lancaster, OH 43130-3799

Atomic Credit Union
711 Beaver Creek Rd
Piketon, OH  45661-9140

Brian M. Gianageli
6305 Emerald Parkway
Dublin, OH 43016-3241

Capital One
PO Box 30285
Salt Lake City, UT  84130-0285

Capital One/Maurices
PO Box 30258
Salt Lake City, UT  84130-0258

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Credit One Bank N.A.
c/o Midland Funding LLC
2365 Northside Dr Ste 300
San Diego, CA  92108-2709

Credit Solutions of Kentucky, LLC
PO Box 24710
Lexington, KY 40524-4710

DeVry Education Group
814 Commerce Drive
Oak Brook IL 60523

DEVRY UNIVERSITY
1200 EAST DIEHL ROAD
NAPERVILLE IL 60563-9347

Devry
c/o Todd, Bremer & Lawson, Inc.
560 S Herlong Ave
Rock Hill, SC  29732-9360

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

Family Dental Center
c/o CBCS
PO Box 163279
Columbus, OH  43216-3279

Franklin University
c/o Meade & Associates
737 Enterprise Dr
Westerville, OH  43081-8850

George Gusses Co., LPA
33 S Huron St
Toledo, OH  43604-8705

Great Lakes
PO Box 530229
Atlanta, GA  30353-0229

Holzer
100 Jackson Pike
Gallipolis, OH  45631-1560

Holzer Clinic
PO Box 509
Gallipolis, OH 45631-0509

Holzer Clinic Inc.
90 Jackson Pike
Gallipolis, OH  45631-1560

Internal Revenue Service
Insolvency Section
PO Box 7346
Philadelphia, PA  19101-7346

Jackson County CSEA
25 E South St
Jackson, OH  45640-1638

Johnna Jorgensen, DDS
995 Jackson Pike Ste 101
Gallipolis, OH  45631-2621

Mann & Carducci Co., LPA
1335 Dublin Rd Ste 212-A
Columbus, OH  43215-7070

Maurices Comenity Bank
Bankruptcy Dept.
PO Box 182125
Columbus, OH  43218-2125

Midland Credit Management, Inc. as agent for
Asset Acceptance LLC
Po Box 2036
Warren, MI 48090-2036

Naviant
PO Box 9500
Wilkes Barre, PA  18773-9500

Navient Solutions, Inc. on behalf of
Great Lakes Higher Education Corp.
2401 Internatioal Lane
Madison, WI 53704-3192

Nelnet
PO Box 2970
Omaha, NE  68103-2970

Nelnet on behalf of NSLP
National Student Loan Program
PO Box 82507
Lincoln NE 68501-2507

ODJFS
PO Box 182212
Columbus, OH  43218-2212

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

OPP Loans Opportunity Financial
130 E Randolph St Ste 1650
Chicago, IL  60601-6241

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Regional Acceptance
PO Box 580075
Charlotte, NC  28258-0075

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847

Rise Credit
PO Box 101808
Fort Worth, TX  76185-1808

Scheer, Green & Burke Co., LPA
PO Box 1312
Toledo, OH  43603-1312

Seth I. Michael
Jackson County Clerk of Courts
226 E Main St
Jackson, OH  45640-1764

State of Ohio Department of Taxation
Bankruptcy Division
30 E Broad St Fl 23
Columbus, OH  43215-3414

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Thomas S. Moulton, Jr.
463 2nd Ave
Gallipolis, OH  45631-1305

US Department of Education
PO Box 7202
Utica, NY  13504-7202

US DEPT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON WI 53708-8973

Verizon
by American InfoSource LP as agent
4515 N Santa Fee Ave
Oklahoma City OK 73118-7901

Wells Fargo Education Financial
PO Box 84712
Sioux Falls, SD  57118-4712

Williams & Fudge Inc.
300 Chatham Ave
Rock Hill, SC  29730-4986

/S/ Gary A. Fleshman
Gary A. Fleshman
Supreme Court Reg. # 0062771
79 West Second St.
Chillicothe, Ohio 45601
(740) 773-9982
Attorney for Debtors

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Eric Childers** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jennifer Nicole Childers** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION |
| Case number | **17-50603** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number ____ | **$2,903.00** | **$2,903.00** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **Insolvency Section** | **When was the debt incurred?** _____ | | | |
| | **PO Box 7346** | | | | |
| | **Philadelphia, PA 19101-7346** | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ **Check if this claim is for a community debt** | ■ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | **Federal Income Tax** | | | |

| Debtor 1 | |
|---|---|
| Debtor 2 | **Childers, John Eric & Childers, Jennifer Nicole** |

Case number (if know)   **17-50603**

---

| 2.2 | **Jackson County CSEA** | Last 4 digits of account number _____ | **$38,000.00** | **$38,000.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**When was the debt incurred?** _____

**25 E South St**
**Jackson, OH 45640-1638**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Child Support Arrears**

---

| 2.3 | **ODJFS** | Last 4 digits of account number _____ | **$3,176.75** | **$3,176.75** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**When was the debt incurred?** _____

**PO Box 182212**
**Columbus, OH 43218-2212**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Overpayment of Unemployment Benefits**

---

**Part 2:**   List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**  If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

---

| Debtor 1 | | | |
|---|---|---|---|
| Debtor 2 | **Childers, John Eric & Childers, Jennifer Nicole** | Case number (if know) | **17-50603** |

---

**4.1** | **ACS Wells Fargo**
Nonpriority Creditor's Name

**Wells Fargo Education Financial
501 Bleecker St
Utica, NY 13501-2401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$23,611.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____    **Student Loans**

---

**4.2** | **Adena Health System**
Nonpriority Creditor's Name

**110 Vaughn Ln
Chillicothe, OH 45601-8621**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Services**

---

**4.3** | **Atomic Credit Union**
Nonpriority Creditor's Name

**711 Beaver Creek Rd
Piketon, OH 45661-9140**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **19L4**        **$9,983.56**

**When was the debt incurred?** **8/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **2011 Hyundai Sonata (repossessed)**

---

Debtor 1
Debtor 2  **Childers, John Eric & Childers, Jennifer Nicole**          Case number (if know)    **17-50603**

---

| 4.4 | **Atomic Credit Union** | Last 4 digits of account number   **L183** | **$3,733.03** |

Nonpriority Creditor's Name

When was the debt incurred?     **6/2016**

**711 Beaver Creek Rd**
**Piketon, OH 45661-9140**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

■ Debtor 1 and Debtor 2 only       ☐ Unliquidated

☐ At least one of the debtors and another   ☐ Disputed

■ **Check if this claim is for a community**  **Type of NONPRIORITY unsecured claim:**
**debt**
                    ☐ Student loans
**Is the claim subject to offset?**
                    ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                  report as priority claims

☐ Yes                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                    ■ Other. Specify   **Personal Loan**

---

| 4.5 | **Atomic Credit Union** | Last 4 digits of account number   **9L19** | **$732.80** |

Nonpriority Creditor's Name

When was the debt incurred?     **9/2016**

**711 Beaver Creek Rd**
**Piketon, OH 45661-9140**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

■ Debtor 1 and Debtor 2 only       ☐ Unliquidated

☐ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a community**  **Type of NONPRIORITY unsecured claim:**
**debt**
                    ☐ Student loans
**Is the claim subject to offset?**
                    ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                  report as priority claims

☐ Yes                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                    ■ Other. Specify   **Overdraft of Checking Account**

---

| 4.6 | **Capital One** | Last 4 digits of account number | **$1,467.98** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 30285**
**Salt Lake City, UT 84130-0285**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

■ Debtor 1 and Debtor 2 only       ☐ Unliquidated

☐ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a community**  **Type of NONPRIORITY unsecured claim:**
**debt**
                    ☐ Student loans
**Is the claim subject to offset?**
                    ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                  report as priority claims

☐ Yes                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                    ■ Other. Specify   **Misc. consumer goods**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Debtor 1 | Childers, John Eric & Childers, Jennifer Nicole | | Case number (if know) | **17-50603** |
| Debtor 2 | | | | |

---

**4.7** | **Credit One Bank** | Last 4 digits of account number   **8563** | **$270.76**

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 98873**
**Las Vegas, NV 89193-8873**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. consumer goods**

---

**4.8** | **Credit One Bank N.A.** | Last 4 digits of account number | **$626.77**

Nonpriority Creditor's Name

**c/o Midland Funding LLC**
**2365 Northside Dr Ste 300**
**San Diego, CA 92108-2709**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. consumer goods**

---

**4.9** | **Credit Solutions of Kentucky, LLC** | Last 4 digits of account number | **$4,191.16**

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 24710**
**Lexington, KY 40524-4710**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Debtor 1 | | | |
|---|---|---|---|
| Debtor 2 | **Childers, John Eric & Childers, Jennifer Nicole** | Case number (if know) | **17-50603** |

---

**4.10**

| **Devry** | Last 4 digits of account number | **2540** | **$6,934.31** |

Nonpriority Creditor's Name
**c/o Todd, Bremer & Lawson, Inc.**
**560 S Herlong Ave**
**Rock Hill, SC 29732-9360**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____ **Student Loan**

---

**4.11**

| **Family Dental Center** | Last 4 digits of account number | | **$171.80** |

Nonpriority Creditor's Name
**c/o CBCS**
**PO Box 163279**
**Columbus, OH 43216-3279**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Dental Services**

---

**4.12**

| **Franklin University** | Last 4 digits of account number | | **$1,897.00** |

Nonpriority Creditor's Name
**c/o Meade & Associates**
**737 Enterprise Dr**
**Westerville, OH 43081-8850**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Tuition**

---

Debtor 1
Debtor 2  **Childers, John Eric & Childers, Jennifer Nicole**                 Case number (if know)    **17-50603**

---

| 4.13 | **Great Lakes** | Last 4 digits of account number _____ | **$25,974.00** |

Nonpriority Creditor's Name

When was the debt incurred?    **2008-2010**

**PO Box 530229**
**Atlanta, GA 30353-0229**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____    **Student Loans**

---

| 4.14 | **Holzer** | Last 4 digits of account number _____ | **$5,196.12** |

Nonpriority Creditor's Name

When was the debt incurred?    _____

**100 Jackson Pike**
**Gallipolis, OH 45631-1560**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Services**

---

| 4.15 | **Holzer Clinic** | Last 4 digits of account number _____ | **$1,645.13** |

Nonpriority Creditor's Name

When was the debt incurred?    _____

**PO Box 509**
**Gallipolis, OH 45631-0509**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Services**

---

Debtor 1
Debtor 2  **Childers, John Eric & Childers, Jennifer Nicole**          Case number (if know)  **17-50603**

---

| 4.16 | **Holzer Clinic Inc.** | | $1,481.00 |

Nonpriority Creditor's Name

Last 4 digits of account number _____

When was the debt incurred?  **4/2007**

**90 Jackson Pike**
**Gallipolis, OH 45631-1560**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Services**

---

| 4.17 | **Johnna Jorgensen, DDS** | | $111.01 |

Nonpriority Creditor's Name

Last 4 digits of account number _____

When was the debt incurred? _____

**995 Jackson Pike Ste 101**
**Gallipolis, OH 45631-2621**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Dental Services**

---

| 4.18 | **Maurices Comenity Bank** | | $227.42 |

Nonpriority Creditor's Name
**Bankruptcy Dept.**
**PO Box 182125**
**Columbus, OH 43218-2125**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Clothes**

---

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | Childers, John Eric & Childers, Jennifer Nicole | |

Case number (if know)   **17-50603**

---

**4.19**

**Naviant**
Nonpriority Creditor's Name

**PO Box 9500**
**Wilkes Barre, PA 18773-9500**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$7,182.00**

When was the debt incurred?    **2008**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Student Loans**

---

**4.20**

**Nelnet**
Nonpriority Creditor's Name

**PO Box 2970**
**Omaha, NE 68103-2970**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$23,208.00**

When was the debt incurred?    **2006-2007**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Student Loans**

---

**4.21**

**OPP Loans Opportunity Financial**
Nonpriority Creditor's Name

**130 E Randolph St Ste 1650**
**Chicago, IL 60601-6241**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0524**      **$1,172.65**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal loan**

---

Debtor 1
Debtor 2  **Childers, John Eric & Childers, Jennifer Nicole**

Case number (if know)  **17-50603**

---

| 4.22 | **Rise Credit** | | |
|------|-----------------|---|---|

Nonpriority Creditor's Name

**PO Box 101808**
**Fort Worth, TX 76185-1808**
Number Street City State Zip Code

Last 4 digits of account number _____      **$6,074.17**

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Cash Advance**

---

| 4.23 | **Seth I. Michael** | | |
|------|---------------------|---|---|

Nonpriority Creditor's Name

**Jackson County Clerk of Courts**
**226 E Main St**
**Jackson, OH 45640-1764**
Number Street City State Zip Code

Last 4 digits of account number  **0003**      **$160.00**

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Court Costs**

---

| 4.24 | **State of Ohio Department of Taxation** | | |
|------|------------------------------------------|---|---|

Nonpriority Creditor's Name

**Bankruptcy Division**
**30 E Broad St Fl 23**
**Columbus, OH 43215-3414**
Number Street City State Zip Code

Last 4 digits of account number _____      **$824.39**

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **State Income Tax Certificate of Judgment Lien**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Childers, John Eric & Childers, Jennifer Nicole**       Case number (if know)   **17-50603**

| 4.25 | **US Department of Education** | Last 4 digits of account number _____ | **$2,625.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   _____

**PO Box 7202**
**Utica, NY 13504-7202**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                           ☐ Contingent

■ Debtor 2 only                           ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only              ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ■ Student loans
**debt**                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**       report as priority claims

■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                     ☐ Other. Specify _____
                                          **Student Loans**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**Capital One/Maurices**
**PO Box 30258**
**Salt Lake City, UT 84130-0258**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**George Gusses Co., LPA**
**33 S Huron St**
**Toledo, OH 43604-8705**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Mann & Carducci Co., LPA**
**1335 Dublin Rd Ste 212-A**
**Columbus, OH 43215-7070**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.3** of (Check one):   ■ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Scheer, Green & Burke Co., LPA**
**PO Box 1312**
**Toledo, OH 43603-1312**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Thomas S. Moulton, Jr.**
**463 2nd Ave**
**Gallipolis, OH 45631-1305**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Wells Fargo Education Financial**
**PO Box 84712**
**Sioux Falls, SD 57118-4712**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                               ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Williams & Fudge Inc.**
**300 Chatham Ave**
**Rock Hill, SC 29730-4986**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number               **2540**

| Debtor 1 | | | | |
|---|---|---|---|---|
| Debtor 2 | **Childers, John Eric & Childers, Jennifer Nicole** | Case number (if know) | **17-50603** |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 38,000.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 6,079.75 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 44,079.75 |

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 89,534.31 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 44,966.75 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 134,501.06 |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT

| | |
|---|---|
| **In Re:  John Eric Childers** | **Case No. 17-50603** |
| **Jennifer Nicole Childers** | **Chapter 13** |
| **Debtor** | **Judge Hoffman** |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

I declare under penalty of perjury that I have read the foregoing Amended Schedule F, which is being amended to add the debts owed to Credit One Bank, Holzer Clinic, and Credit Solutions of Kentucky, LLC, and Amended Schedule I and Amended Schedule J, and that it is true and correct to the best of my knowledge, information, and belief.


Date:  02/05/2018          /S/ John Eric Childers
                                     John Eric Childers, Debtor


Date:   02/05/2018          /S/ Jennifer Nicole Childers
                                      Jennifer Nicole Childers, Debtor

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Credit Solutions of Kentucky, LLC
PO Box 24710
Lexington, KY 40524-4710

Holzer Clinic
PO Box 509
Gallipolis, OH 45631-0509

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:    **JOHN ERIC CHILDERS**         **CASE NO. 17-50603**
             **JENNIFER NICOLE CHILDERS**    **JUDGE HOFFMAN**
                                                   **CHAPTER 13**

## VERIFICATION OF AMENDED CREDITOR MATRIX

Now comes the undersigned debtor(s) and hereby verifies that they have read the

attached amended matrix and that it is true and correct to the best of their knowledge and belief.

 02/05/2018                   /S/ John Eric Childers
Date                          John Eric Childers

 02/05/2018                   /S/ Jennifer Nicole Childers
Date                          Jennifer Nicole Childers